IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Theodore Ansell,<br>     Debtor(s) | Bankruptcy No. 18-20259-GLT<br><br>Chapter 13<br><br>Related to Document No. 36, 38 |

## CERTIFICATE OF SERVICE OF
## WAGE ATTACHMENT ORDER TERMINATING PAYROLL DEDUCTION FOR DEBTOR THEODORE ANSELL

  I certify under penalty of perjury that I served the above captioned pleading on the parties listed below on May 17, 2018.

  The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail, postage pre-paid to O R Colan Associates, LLC, 7005 Shannon Willow Rd., Suite 100, Charlotte, NC 28226.

  If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:  May 17, 2018

                            */s/ Corey J. Sacca*
                            Corey J. Sacca, Esquire
                            20 N. Pennsylvania Ave, Suite 201
                            Greensburg, PA  15601-2337
                            csacca@bononilaw.com
                            (724) 832-2499
                            PA ID# 306741