IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Theodore Ansell,<br>         Debtor(s) | Bankruptcy No. 18-20259-GLT<br><br>Chapter 13<br><br>Related to Document No. 37, 39 |

## CERTIFICATE OF SERVICE OF
## WAGE ATTACHMENT ORDER AND LOCAL FORM 12 FOR DEBTOR THEODORE ANSELL

I certify under penalty of perjury that I served the above captioned pleading on the parties listed below on May 17, 2018.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail, postage pre-paid to Penneco Oil Company, c/o Payroll Coordinator, 6608 US-22, Delmont, PA 15626.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:  May 17, 2018

                                              */s/ Corey J. Sacca*
                                              Corey J. Sacca, Esquire
                                              20 N. Pennsylvania Ave, Suite 201
                                              Greensburg, PA  15601-2337
                                              csacca@bononilaw.com
                                              (724) 832-2499
                                              PA ID# 306741