UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Theodore Ansell,<br>    Debtor(s)<br><br>KeyBank NA, as S/B/M to First Niagara Bank, NA,<br>    Movant(s)<br>                v.<br>Theodore Ansell, and Ronda J. Winnecour, Trustee<br>    Respondent(s) | Bankruptcy No. 18-20259-GLT<br><br>Chapter 13<br><br>Related to Claim # 4 |

### DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO FUND THE PLAN WITH THE MODIFIED DEBT

1. KeyBank NA, as S/B/M to First Niagara Bank, NA filed a Notice of Mortgage Payment Change on June 21, 2018.
2. Debtor's current escrow account remains unchanged.
3. Debtor's principal and interest payment remains unchanged
4. Debtor's current total payment is $150.32 per month.
5. Debtor's new total payment is $147.65 per month.
6. Debtor believes and avers that the current confirmed plan is sufficient without the need for amendment as the total payment has decreased.

Date:  June 21, 2018                  /s/ Corey J. Sacca
                                                               Corey J. Sacca, Esq.
                                                               PA ID # 306741
                                                               Bononi & Company, P.C.
                                                               20 North Pennsylvania Ave, Suite 201
                                                               Greensburg, PA 15601
                                                               (724) 832-2499
                                                               csacca@bononilaw.com