Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Theodore Ansell**
  Debtor(s)

Bankruptcy Case No.: 18–20259–GLT
Related to Docket No. 53
Chapter: 13
Docket No.: 54 – 53
Concil. Conf.: February 20, 2020 at 10:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **December 27, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **January 13, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **February 20, 2020** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 15, 2019

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 18-20259-GLT
Theodore Ansell                                                            Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas                  Page 1 of 2           Date Rcvd: Nov 15, 2019
                              Form ID: 213                Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
```
db             +Theodore Ansell,    513 S. 9th Street,    Connellsville, PA 15425-2914
cr             +KeyBank N.A.as S/B/M to First Niagara Bank N.A.,     4910 Tiedeman Road,
                 Brooklyn, OH 44144-2338
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    c/o Brett A. Solomon, Esquire,
                 Tucker Arensberg, P.C.,    1500 One PPG Place,    Pittsburgh, PA 15222-5413
14805387       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14763476       +Citizens Bank/fm,    630 Plaza Dr Ste 150,    Highlands Ranch, CO 80129-2750
15040364       +Connellsville City/Connellsdale Area School Distr,    C/O Southwest Regional Tax Bureau,
                 One Centennial Way,    Scottdale, PA 15683-1741
14883374       +First National Bank of Pennsylvania,    4140 E. State Street,    Hermitage, PA 16148-3401
14763481       +First Natl Bk Of Pa,    1 Fnb Blvd,    Hermitage, PA 16148-3363
14763482       +Gina Ronzio,    PO Box 345,    Dawson, PA 15428-0345
14766657       +KeyBank N.A., as S/B/M to First Niagara, NA,    4910 Tiedeman Road,    Brooklyn, OH 44144-2338
14763484       +Keybank Na,    1 Hudson City Ctr,    Hudson, NY 12534-2354
14763486       +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
14763485        PNC Bank,    PO Box 1397,    Pittsburgh, PA 15230-1397
14804798       +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
14864190       +PNC Bank, N.A.,    Attn: Bankruptcy,    P.O. Box 94982,    Cleveland, OH 44101-4982
14879793       +Tax Claim Bureau,    61 East Main Street,    Uniontown, PA 15401-3514
14763488       +The United Federal Cr,    3 Sunset Beach Rd,    Morgantown, WV 26508-4431
14814025       +The United Federal Credit Union,    3 Sunset Beach Rd.,    Morgantown, WV 26508-4431
14790870      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   U.S. Bank National Association,     Bankruptcy Department,
                 PO Box 108,    St. Louis, MO 63166-0108)
14790479        Wells Fargo Bank N.A.,,    d/b/a Wells Fargo Dealer Services,    PO Box 19657,
                 Irvine, CA 92623-9657
14763490       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14763479        E-mail/Text: svlainich@communitybank.tv Nov 16 2019 03:25:51     Community Bank,    Po Box 357,
                 Carmichaels, PA 15320
14763477       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 16 2019 03:25:13     Comenity Bank/buckle,
                 Po Box 182789,    Columbus, OH 43218-2789
14763478      ++E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 16 2019 03:25:13     Comenitycapital/zales,
                 Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14809729       +E-mail/Text: svlainich@communitybank.tv Nov 16 2019 03:25:51     Community Bank,
                 90 West Chestnut Street,    Suite 100,    Washington, PA 15301-4524
14766542        E-mail/Text: mrdiscen@discover.com Nov 16 2019 03:24:59     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14763480       +E-mail/Text: mrdiscen@discover.com Nov 16 2019 03:24:59     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14809483        E-mail/Text: cio.bncmail@irs.gov Nov 16 2019 03:25:05     Internal Revenue Service,
                 PO Box 21126,    Philadelphia, PA 19114
14763483       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Nov 16 2019 03:25:54     Keybank NA,
                 Key Bank; Attention: Recovery Payment Pr,    4910 Tiedeman Road (Routing Code: 08-01-,
                 Brooklyn, OH 44144-2338
14809484       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2019 03:25:30      PA Department of Revenue,
                 Department 280946,    Harrisburg, PA 17128-0001
14772677       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2019 03:31:43
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14800689        E-mail/Text: bnc-quantum@quantum3group.com Nov 16 2019 03:25:20
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14800686        E-mail/Text: bnc-quantum@quantum3group.com Nov 16 2019 03:25:20
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
14804128        E-mail/Text: bnc-quantum@quantum3group.com Nov 16 2019 03:25:20
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14763487       +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 03:32:42     Synchrony Bank/Care Credit,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                             TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Discover Products, Inc.
cr              PNC Bank National Association
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14763489*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   US Bank/Rms CC,    Card Member Services,    Po Box 108,
                 St Louis, MO 63166)
```

```
District/off: 0315-2           User: dbas              Page 2 of 2              Date Rcvd: Nov 15, 2019
                               Form ID: 213            Total Noticed: 35

14763475      ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2019 at the address(es) listed below:

      Brett A. Solomon    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com
      Brian Thomas Langford    on behalf of Creditor   Discover Products, Inc. PitEcf@weltman.com, PitEcf@weltman.com
      Corey J. Sacca    on behalf of Debtor Theodore  Ansell csacca@bononilaw.com, coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
      James Warmbrodt    on behalf of Creditor   PNC Bank National Association bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

TOTAL: 6