IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/26/19 8:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In Re:<br>Theodore Ansell,<br>　　　Debtor(s)<br><br>Theodore Ansell<br>　　　Movant<br>　　　　　　v.<br>Penneco Oil Company and Ronda J. Winnecour,<br>Trustee,<br>　　　Respondent(s)<br><br>D#1 SSN: xxx-xxx-8909 | Bankruptcy No. 18-20259-GLT<br><br>Chapter13<br><br>Document No. WO-1<br><br>Related to Dkt. No. 56 |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above named Debtor, Theodore Ansell, having filed a Chapter 13 petition and Debtor having moved to attach wages to fund the Chapter 13 plan,

IT IS, THERFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income:

> Penneco Oil Company
> c/o Payroll Coordinator
> 6608 US-22
> Delmont, PA 15626

Shall deduct from said income the sum of $ 635.00  Bi-weekly, beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

> RONDA J. WINNECOUR, TRUSTEE
> P.O. BOX 84051
> CHICAGO IL  60689-4002

IT IS FURTHER ORDERED that the above named entity shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTION FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY

AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above named entity in this case.

IT IS FURTHER ORDERED that the above name entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the Debtor shall serve this order and copy of the Notification of Debtor's Social Security Number, Local Form No. 12 that includes the Debtor's full social security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate.

IT IS FURTHER ORDERED that the Debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the trustee may result in the dismissal of the case after notice and hearing. Employers and other who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this ____26th____ day of ____November_____, 2019.

_____
Hon. Gregory L. Taddonio,    **jah**
United States Bankruptcy Court

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                                    Case No. 18-20259-GLT
Theodore Ansell                                                                                           Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: nsha              Page 1 of 1              Date Rcvd: Nov 26, 2019
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
db              +Theodore Ansell,    513 S. 9th Street,    Connellsville, PA 15425-2914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2019 at the address(es) listed below:
          Brett A. Solomon    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services bsolomon@tuckerlaw.com,   agilbert@tuckerlaw.com
          Brian Thomas Langford    on behalf of Creditor   Discover Products, Inc. PitEcf@weltman.com,
           PitEcf@weltman.com
          Corey J. Sacca    on behalf of Debtor Theodore  Ansell csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor   PNC Bank National Association bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                              TOTAL: 6