IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Theodore Ansell<br>   Debtor(s)<br><br>Theodore Ansell<br>  Movant<br>     v.<br>No Respondent(s) | Bankruptcy No. 18-20259-GLT<br>Chapter 13 |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On January 31, 2018, at docket number 7, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing the Certificates of Completion of Personal Financial Management Course.

This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

| | |
|---|---|
| February 2, 2023<br>Date | /s/ Theodore Ansell<br>Debtor |

                       Respectfully submitted,

DATE: February 2, 2023

                       ***/s/ Corey J. Sacca***
                       Corey J. Sacca, Esquire
                       Attorney for the Debtor(s)

                       BONONI & COMPANY, P.C.
                       20 N. Pennsylvania Ave, Suite 201
                       Greensburg, PA  15601-2337
                       csacca@bononilaw.com
                       (724) 832-2499
                       PA ID# 306741