**Fill in this information to identify the case:**

Debtor 1    Theodore Ansell

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the:   Western    District of   PA
  (State)

Case number    18-20259

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** KeyBank N.A. as S/B/M to First Niagara Bank NA

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 9 7 9 9

**Property address:** 513    S. 9th Street
Number    Street

Connellsville    PA    15425
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    03 / 01 / 2023
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ 0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / ____
MM / DD / YYYY

Debtor 1 _____     Case number *(if known)* _____
         First Name    Middle Name    Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☒ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Doreen Arra                                    Date 02/17/2023
Signature

Print:   Doreen Arra                                Title: Senior Specialist
         First Name  Middle Name  Last Name

Company: KeyBank N.A.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 4910     Tiedeman Road
         Number   Street

         Brooklyn                   OH    44144
         City                       State ZIP Code

Contact phone (866) 325-9723                        Email BK_SPECIALISTS@KEYBANK.COM

UNITED STATES BANKRUPTCY COURT
Western DISTRICT OF Pennsylvania

In Re:                                ,           Case No. 18-20259
Theodore Ansell
                                                  Chapter 13
              Debtor(s).

# CERTIFICATE OF SERVICE

I hereby certify that on 02/17/2023, I electronically filed a Response to Notice of Final Cure with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
**Corey J. Sacca**

Trustee
**Ronda J. Winnecour**

And, I hereby certify that I have mailed via the United States Postal Service the Response to Notice of Final Cure to the following non CM/ECF participants:

Debtor

**Theodore Ansell**
513 S. 9th Street
Connellsville, PA 15425

/s/Doreen Arra_____
Bankruptcy Specialist
KeyBank N.A.