**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| THEODORE ANSELL | Case No.:18-20259 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


February 23, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/24/2018 and confirmed on 5/24/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 72,320.00 |
| Less Refunds to Debtor | 1,367.35 | |
| TOTAL AMOUNT OF PLAN FUND | | 70,952.65 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,500.00 | |
|     Trustee Fee | 3,269.02 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,769.02 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|     PNC BANK NA | 0.00 | 26,992.50 | 0.00 | 26,992.50 |
|         Acct: 9711 | | | | |
|     KEYBANK NA** | 0.00 | 9,064.87 | 0.00 | 9,064.87 |
|         Acct: 9799 | | | | |
|     KEYBANK NA** | 143.49 | 143.49 | 0.00 | 143.49 |
|         Acct: 9799 | | | | |
|     FIRST NATIONAL BANK OF PA(*) | 1,328.48 | 1,328.48 | 136.25 | 1,464.73 |
|         Acct: 9025 | | | | |
|     WELLS FARGO BANK NA D/B/A WELLS FA | 6,350.87 | 6,350.87 | 1,049.57 | 7,400.44 |
|         Acct: 2966 | | | | |
| | | | | 45,066.03 |
| **Priority** | | | | |
|     COREY J SACCA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     THEODORE ANSELL | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     THEODORE ANSELL | 1,367.35 | 1,367.35 | 0.00 | 0.00 |
|         Acct: | | | | |
|     BONONI & COMPANY | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     INTERNAL REVENUE SERVICE* | 18,829.87 | 18,829.87 | 0.00 | 18,829.87 |
|         Acct: 8909 | | | | |
|     PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     CONNELLSVILLE ASD & CITY OF CONNEL | 98.24 | 98.24 | 0.00 | 98.24 |
|         Acct: 8909 | | | | |
|     CONNELLSVILLE ASD & CITY OF CONNEL | 17.00 | 17.00 | 0.00 | 17.00 |
|         Acct: 8909 | | | | |
| | | | | 18,945.11 |
| **Unsecured** | | | | |
|     BANK OF AMERICA NA** | 14,726.15 | 364.47 | 0.00 | 364.47 |
|         Acct: 5849 | | | | |
|     CITIZENS BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 1966 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 169.00 | 4.18 | 0.00 | 4.18 |
| | Acct: 8462 | | | | |
| | QUANTUM3 GROUP LLC - AGENT COMEN | 4,170.70 | 103.22 | 0.00 | 103.22 |
| | Acct: 9640 | | | | |
| | DISCOVER BANK(*) | 5,174.63 | 128.07 | 0.00 | 128.07 |
| | Acct: 0863 | | | | |
| | FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0913 | | | | |
| | GINA RONZIO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KEYBANK NA S/B/M FIRST NIAGARA BANK | 9,326.43 | 230.83 | 0.00 | 230.83 |
| | Acct: 8180 | | | | |
| | KEYBANK NA S/B/M FIRST NIAGARA BANK | 578.02 | 14.31 | 0.00 | 14.31 |
| | Acct: 8514 | | | | |
| | PNC BANK NA | 6,299.83 | 155.92 | 0.00 | 155.92 |
| | Acct: 0582 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,346.22 | 58.07 | 0.00 | 58.07 |
| | Acct: 0731 | | | | |
| | UNITED FEDERAL CREDIT UNION* | 432.96 | 10.72 | 0.00 | 10.72 |
| | Acct: 0153 | | | | |
| | US BANK NA** | 1,693.09 | 41.90 | 0.00 | 41.90 |
| | Acct: 5430 | | | | |
| | INTERNAL REVENUE SERVICE* | 1,136.58 | 28.13 | 0.00 | 28.13 |
| | Acct: 8909 | | | | |
| | FAYETTE COUNTY TAX CLAIM BUR | 1,320.15 | 32.67 | 0.00 | 32.67 |
| | Acct: 0101 | | | | |
| | COMMUNITY BANK(*) | 3,764.66 | 0.00 | 0.00 | 0.00 |
| | Acct: 0930 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0731 | | | | |
| | WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 1,172.49 |

TOTAL PAID TO CREDITORS                                                                                      65,183.63

TOTAL CLAIMED
PRIORITY         18,945.11
SECURED           7,822.84
UNSECURED        51,138.42

Date: 02/23/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
THEODORE ANSELL

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-20259

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Theodore Ansell  
    Debtor

Case No. 18-20259-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Feb 24, 2023      Form ID: pdf900      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theodore Ansell, 513 S. 9th Street, Connellsville, PA 15425-2914 |
| cr | + | KeyBank N.A.as S/B/M to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14763476 | + | Citizens Bank/fm, 630 Plaza Dr Ste 150, Highlands Ranch, CO 80129-2750 |
| 15040364 | + | Connellsville City/Connellsville Area School Distr, C/O Southwest Regional Tax Bureau, One Centennial Way, Scottdale, PA 15683-1741 |
| 14763482 | + | Gina Ronzio, PO Box 345, Dawson, PA 15428-0345 |
| 14766657 | + | KeyBank N.A., as S/B/M to First Niagara, NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14763484 | + | Keybank Na, 1 Hudson City Ctr, Hudson, NY 12534-2354 |
| 14879793 | + | Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 14763488 | + | The United Federal Cr, 3 Sunset Beach Rd, Morgantown, WV 26508-4431 |
| 14814025 | + | The United Federal Credit Union, 3 Sunset Beach Rd., Morgantown, WV 26508-4431 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14763475 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 25 2023 00:17:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14805387 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 25 2023 00:18:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14763479 | | Email/Text: svlainich@communitybank.tv | Feb 25 2023 00:18:00 | Community Bank, Po Box 357, Carmichaels, PA 15320 |
| 14763477 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2023 00:18:00 | Comenity Bank/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14763478 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2023 00:18:00 | Comenitycapital/zales, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14809729 | + | Email/Text: svlainich@communitybank.tv | Feb 25 2023 00:18:00 | Community Bank, 90 West Chestnut Street, Suite 100, Washington, PA 15301-4524 |
| 14766542 | | Email/Text: mrdiscen@discover.com | Feb 25 2023 00:17:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14763480 | + | Email/Text: mrdiscen@discover.com | Feb 25 2023 00:17:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14883374 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 25 2023 00:18:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14763481 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 25 2023 00:18:00 | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14809483 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 25 2023 00:18:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 14763483 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Feb 25 2023 00:18:00 | Keybank NA, Key Bank; Attention: Recovery Payment Pr, 4910 Tiedeman Road (Routing Code: |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 37 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 08-01-, Brooklyn, OH 44144-2338 |
| 14809484 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2023 00:18:00 | PA Department of Revenue, Department 280946, Harrisburg, PA 17128-0001 |
| 14763486 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2023 00:17:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14763485 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2023 00:17:00 | PNC Bank, PO Box 1397, Pittsburgh, PA 15230-1397 |
| 14864190 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2023 00:17:00 | PNC Bank, N.A., Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 14804798 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2023 00:17:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14772677 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 25 2023 00:20:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14804128 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14800689 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14800686 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14763487 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:10 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14790870 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 25 2023 00:18:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis, MO 63166-0108 |
| 14763489 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 25 2023 00:18:00 | US Bank/Rms CC, Card Member Services, Po Box 108, St Louis, MO 63166 |
| 14790479 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 25 2023 00:20:26 | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |
| 14763490 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 25 2023 00:20:26 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Discover Products, Inc. |
| cr | | PNC Bank National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 37 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023           Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Corey J. Sacca | on behalf of Debtor Theodore Ansell csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Garry Alan Masterson | on behalf of Creditor Discover Products  Inc. pitecf@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6