<table>
<tr><td colspan="3"><strong>Information to identify the case:</strong></td></tr>
</table>

| Debtor 1 | **Theodore Ansell** | | | Social Security number or ITIN  xxx–xx–8909 |
| | First Name  Middle Name  Last Name | | | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | | Social Security number or ITIN  _ _ _ _ |
| | | | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | | | |
| Case number: | 18–20259–GLT | | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Theodore Ansell

4/18/23

**By the court:** <u>Gregory L Taddonio</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20259-GLT |
| Theodore Ansell | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 18, 2023 | Form ID: 3180W | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theodore Ansell, 513 S. 9th Street, Connellsville, PA 15425-2914 |
| cr | + | KeyBank N.A.as S/B/M to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14763476 | + | Citizens Bank/fm, 630 Plaza Dr Ste 150, Highlands Ranch, CO 80129-2750 |
| 15040364 | + | Connellsville City/Connellsville Area School Distr, C/O Southwest Regional Tax Bureau, One Centennial Way, Scottdale, PA 15683-1741 |
| 14763482 | + | Gina Ronzio, PO Box 345, Dawson, PA 15428-0345 |
| 14766657 | + | KeyBank N.A., as S/B/M to First Niagara, NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14763484 | + | Keybank Na, 1 Hudson City Ctr, Hudson, NY 12534-2354 |
| 14879793 | + | Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 14763488 | + | The United Federal Cr, 3 Sunset Beach Rd, Morgantown, WV 26508-4431 |
| 14814025 | + | The United Federal Credit Union, 3 Sunset Beach Rd., Morgantown, WV 26508-4431 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 19 2023 03:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 18 2023 23:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 19 2023 03:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 18 2023 23:30:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14763475 | + | EDI: BANKAMER.COM | Apr 19 2023 03:23:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14805387 | + | EDI: BANKAMER2.COM | Apr 19 2023 03:23:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14763479 | | Email/Text: svlainich@communitybank.tv | Apr 18 2023 23:30:00 | Community Bank, Po Box 357, Carmichaels, PA 15320 |
| 14763477 | + | EDI: WFNNB.COM | Apr 19 2023 03:23:00 | Comenity Bank/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14763478 | + | EDI: WFNNB.COM | Apr 19 2023 03:23:00 | Comenitycapital/zales, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14809729 | + | Email/Text: svlainich@communitybank.tv | Apr 18 2023 23:30:00 | Community Bank, 90 West Chestnut Street, Suite 100, Washington, PA 15301-4524 |

| 14766542 | EDI: DISCOVER.COM | Apr 19 2023 03:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
|---|---|---|---|
| 14763480 | + EDI: DISCOVER.COM | Apr 19 2023 03:23:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14883374 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 18 2023 23:30:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14763481 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 18 2023 23:30:00 | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14809483 | EDI: IRS.COM | Apr 19 2023 03:23:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 14763483 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 18 2023 23:30:00 | Keybank NA, Key Bank; Attention: Recovery Payment Pr, 4910 Tiedeman Road (Routing Code: 08-01-, Brooklyn, OH 44144-2338 |
| 14809484 | + EDI: PENNDEPTREV | Apr 19 2023 03:23:00 | PA Department of Revenue, Department 280946, Harrisburg, PA 17128-0001 |
| 14809484 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 18 2023 23:30:00 | PA Department of Revenue, Department 280946, Harrisburg, PA 17128-0001 |
| 14763486 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2023 23:30:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14763485 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2023 23:30:00 | PNC Bank, PO Box 1397, Pittsburgh, PA 15230-1397 |
| 14864190 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2023 23:30:00 | PNC Bank, N.A., Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 14804798 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2023 23:30:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14772677 | + EDI: RECOVERYCORP.COM | Apr 19 2023 03:26:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14804128 | EDI: Q3G.COM | Apr 19 2023 03:23:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14800689 | EDI: Q3G.COM | Apr 19 2023 03:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14800686 | EDI: Q3G.COM | Apr 19 2023 03:23:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14763487 | + EDI: RMSC.COM | Apr 19 2023 03:23:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14790870 | EDI: USBANKARS.COM | Apr 19 2023 03:26:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis, MO 63166-0108 |
| 14763489 | EDI: USBANKARS.COM | Apr 19 2023 03:26:00 | US Bank/Rms CC, Card Member Services, Po Box 108, St Louis, MO 63166 |
| 14790479 | EDI: WFFC2 | Apr 19 2023 03:23:00 | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |
| 14763490 | + EDI: WFFC2 | Apr 19 2023 03:23:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Apr 18, 2023 | Form ID: 3180W | Total Noticed: 39

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Discover Products, Inc. |
| cr | | PNC Bank National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2023        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Corey J. Sacca | on behalf of Debtor Theodore Ansell csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Garry Alan Masterson | on behalf of Creditor Discover Products  Inc. pitecf@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6