IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/18/23 2:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
THEODORE ANSELL

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:18-20259

Chapter 13

Related to Docket No. 79

## ORDER OF COURT

AND NOW, this ____ 18th Day of April, 2023 ____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-20259-GLT

Theodore Ansell     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Apr 18, 2023     Form ID: pdf900     Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theodore Ansell, 513 S. 9th Street, Connellsville, PA 15425-2914 |
| cr | + | KeyBank N.A.as S/B/M to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14763476 | + | Citizens Bank/fm, 630 Plaza Dr Ste 150, Highlands Ranch, CO 80129-2750 |
| 15040364 | + | Connellsville City/Connellsville Area School Distr, C/O Southwest Regional Tax Bureau, One Centennial Way, Scottdale, PA 15683-1741 |
| 14763482 | + | Gina Ronzio, PO Box 345, Dawson, PA 15428-0345 |
| 14766657 | + | KeyBank N.A., as S/B/M to First Niagara, NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14763484 | + | Keybank Na, 1 Hudson City Ctr, Hudson, NY 12534-2354 |
| 14879793 | + | Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |
| 14763488 | + | The United Federal Cr, 3 Sunset Beach Rd, Morgantown, WV 26508-4431 |
| 14814025 | + | The United Federal Credit Union, 3 Sunset Beach Rd., Morgantown, WV 26508-4431 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14763475 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 18 2023 23:30:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14805387 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 18 2023 23:30:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14763479 | | Email/Text: svlainich@communitybank.tv | Apr 18 2023 23:30:00 | Community Bank, Po Box 357, Carmichaels, PA 15320 |
| 14763477 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 18 2023 23:30:00 | Comenity Bank/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14763478 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 18 2023 23:30:00 | Comenitycapital/zales, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14809729 | + | Email/Text: svlainich@communitybank.tv | Apr 18 2023 23:30:00 | Community Bank, 90 West Chestnut Street, Suite 100, Washington, PA 15301-4524 |
| 14766542 | | Email/Text: mrdiscen@discover.com | Apr 18 2023 23:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14763480 | + | Email/Text: mrdiscen@discover.com | Apr 18 2023 23:30:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14883374 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 18 2023 23:30:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14763481 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 18 2023 23:30:00 | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14809483 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 18 2023 23:30:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 14763483 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 18 2023 23:30:00 | Keybank NA, Key Bank; Attention: Recovery Payment Pr, 4910 Tiedeman Road (Routing Code: |

Case 18-20259-GLT    Doc 89    Filed 04/20/23    Entered 04/21/23 00:28:57    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2023 | Form ID: pdf900 | Total Noticed: 37 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 08-01-, Brooklyn, OH 44144-2338 |
| 14809484 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 18 2023 23:30:00 | PA Department of Revenue, Department 280946, Harrisburg, PA 17128-0001 |
| 14763486 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2023 23:30:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14763485 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2023 23:30:00 | PNC Bank, PO Box 1397, Pittsburgh, PA 15230-1397 |
| 14864190 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2023 23:30:00 | PNC Bank, N.A., Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 14804798 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2023 23:30:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14772677 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 18 2023 23:45:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14804128 | | Email/Text: bnc-quantum@quantum3group.com | Apr 18 2023 23:30:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14800689 | | Email/Text: bnc-quantum@quantum3group.com | Apr 18 2023 23:30:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14800686 | | Email/Text: bnc-quantum@quantum3group.com | Apr 18 2023 23:30:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14763487 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2023 23:45:06 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14790870 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 18 2023 23:30:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis, MO 63166-0108 |
| 14763489 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 18 2023 23:30:00 | US Bank/Rms CC, Card Member Services, Po Box 108, St Louis, MO 63166 |
| 14790479 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 18 2023 23:45:36 | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |
| 14763490 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 18 2023 23:45:22 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Discover Products, Inc. |
| cr | | PNC Bank National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 18, 2023 | Form ID: pdf900 | Total Noticed: 37 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:**

**Name**          **Email Address**

Brett A. Solomon
    on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services brett@solomon-legal.com

Brian Nicholas
    on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com

Corey J. Sacca
    on behalf of Debtor Theodore Ansell csacca@bononilaw.com
    coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

Garry Alan Masterson
    on behalf of Creditor Discover Products  Inc. pitecf@weltman.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6